BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRACY HARTWAY and<br>AUDREY JOHNSON,<br><br>Defendants. | CASE NO. 2:15-CR-00029-TLN<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION AND PROTECTED TAX INFORMATION |

IT IS HERBEY STIUPLATED AND AGREED by the parties that some of the materials provided as discovery in this case to defense counsel are subject to a Protective Order. Defendants are charged with offenses related to an alleged tax refund fraud scheme.

The parties agree that discovery in this case contains "Protected Information," including but not limited to, victim and witness tax information and records, social security numbers, addresses, bank account information, and dates of birth. The Protective Order extends to all materials provided to the defense, including those concerning conduct not directly charged in the Indictment.

Through this Stipulation, defense counsel agree that the Protected Information is entrusted to counsel only for the purposes of representing their clients in this criminal case and for no other purpose. Further, defense counsel agree not to share any documents that contain Protected Information with

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE:
DISCOVERY CONTAINING PERSONAL IDENTIFYING
INFORMATION

1

1  anyone other than designated defense investigators, experts, and support staff.  Defense counsel will
2  have a duty to inform their defense investigators, experts, and support staff of this Order and provide
3  them with a copy of it.  Defense counsel may permit the defendants to review the Protected Information
4  and be aware of its contents, but defendants shall not be given control of the Protected Information or
5  provided any copies of the Protected Information that have not been redacted of the Protected
6  Information.  Any person receiving Protected Information or a copy of the Protected Information from
7  defendants' counsel shall be bound by the same obligations as counsel and further may not give the
8  Protected Information to anyone (except that the protected documents shall be returned to counsel).

9  Counsel agree to store Protected Information in a secure place and to use care to ensure that
10 information is not disclosed to third parties in violation of this agreement.  At the conclusion of the case,
11 defense counsel agree to destroy all copies of Protected Information or to return the Protected
12 Information to the United States and certify that this has been accomplished.

13 Notwithstanding the foregoing, counsel, staff and/or the investigators for the defendants may
14 make copies of the Protected Information for trial preparation and presentation.  Any copies must,
15 however, remain in the possession of counsel, investigator, staff, expert or the court.

16 Nothing in this Stipulation and Protective Order prevents defense counsel or the defendants from
17 maintaining unredacted copies of records concerning the defendants' own Protected Information.

18 In the event that the defendant substitutes counsel, undersigned defense counsel agrees to
19 withhold these documents form new counsel unless and until substituted counsel agrees also so be
20 bound by this order.

21 Dated:  February 5, 2015                                BENJAMIN B. WAGNER
                                                          United States Attorney
22

23                                                    By: /s/ MATTHEW G. MORRIS
                                                          MATTHEW G. MORRIS
24                                                        Assistant United States Attorney

25 Dated:  February 5, 2015                            By: /s/ MICHAEL E. HANSEN (auth in person)
                                                          MICHAEL E. HANSEN
26                                                        Attorney for Tracy Hartway

27

28

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE:
DISCOVERY CONTAINING PERSONAL IDENTIFYING          2
INFORMATION

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 5, 2015 | By: /s/ DOUGLAS BEEVERS (auth by email) |
| 3 | | DOUGLAS BEEVERS<br>Attorney for Audrey Johnson |

**IT IS SO ORDERED:**

Dated: February 6, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY CONTAINING PERSONAL IDENTIFYING INFORMATION

3