1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   Fax 916.864.1359
4  Email:  mhansen@criminal-defenses.com

5  Attorney for Defendant
   TRACY HARTWAY

6

7                UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | No.  2:15-CR-0029-TLN

11 |                Plaintiff,         | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE,**

12 |           v.                      | **AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**

13 | LeJOHN WINDOM, SR.,

14 |                Defendants.

15

16     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff,; Michael E.

18 Hansen, attorney for defendant **Tracy Hartway**; and Douglas Beevers, attorney for defendant

19 **Audrey Johnson**, that the previously-scheduled status conference date of March 12, 2015, be

20 vacated and the matter set for status conference on May 7, 2015, at 9:30 a.m.

21     This continuance is requested to allow counsel additional time to review discovery with

22 the defendants, to examine possible defenses and to continue investigating the facts of the case.

23     The Government concurs with this request.

24     Further, the parties agree and stipulate the ends of justice served by the granting of such a

25 continuance outweigh the best interests of the public and the defendants in a speedy trial and that

26 time within which the trial of this case must be commenced under the Speedy Trial Act should

27 therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code

28 T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, March 4,

1

**Stipulation and Order to Continue Status Conference**

2015, to and including May 7, 2015.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

| Dated:  March 4, 2015 | Respectfully submitted, |
|---|---|
| | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant<br>TRACY HARTWAY |
| Dated:  March 4, 2015 | /s/ Michael E. Hansen for<br>DOUGLAS BEEVERS<br>Attorney for Defendant<br>AUDREY JOHNSON |
| Dated:  March 4, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Michael E. Hansen for<br>MATTHEW MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 4, 2015, to and including May 7, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is

**Stipulation and Order to Continue Status Conference**

1  further ordered that the March 12, 2015, status conference shall be continued until May 7, 2015,
2  at 9:30 a.m.
3  **IT IS SO ORDERED**.
4  Dated: March 4, 2015

Troy L. Nunley
United States District Judge

3

**Stipulation and Order to Continue Status Conference**