Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
TRACY HARTWAY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LeJOHN WINDOM, SR., et al.,<br><br>Defendants. | No.  2:15-CR-0029-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AS TO DEFENDANT TRACY HARTWAY ONLY, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Tracy Hartway, that the previously-scheduled status conference date of December 17, 2015, be vacated and the matter set for status conference as to defendant Tracy Hartway ONLY on February 4, 2016, at 9:30 a.m.

    This continuance is requested to allow Mr. Hansen additional time to review the proposed plea agreement with the defendant.

    The Government does not oppose this request.

    Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,

December 11, 2015, to and including February 4, 2016.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  December 11, 2015                              Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
TRACY HARTWAY

Dated:  December 11, 2015                              BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 11, 2015, to and including February 4, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 17, 2015, status conference shall be continued until February 4, 2016, at 9:30 a.m.

/ /

**Stipulation and Order to Continue Status Conference as to Defendant Tracy Hartway ONLY**

1 **IT IS SO ORDERED**.

2 Dated: December 11, 2015

3 _____
Troy L. Nunley
United States District Judge