McGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00029-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE RE: TSR VIOLATION |
| v. | DATE: May 30, 2019 |
| TRACY HARTWAY, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order on March 22, 2019, this matter was set for status on May 30, 2019.

2. Since that date, under the supervision of Probation Officer Matthew Faubert, the offender has entered a halfway house in San Francisco, CA.

3. As further successful participation in the halfway house may affect the ultimate disposition of this case, the Probation Officer and the defendant now seek to continue the currently scheduled status conference of May 30, 2019 to July 11, 2019. The United States does not object to this request.

4. By this stipulation, defendant now moves to continue the status conference until July 11, 2019.

5. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to allow for the defendant to continue performing successfully at the halfway house.

    b) The government does not object to the continuance.

    c) A new status conference is scheduled for July 11, 2019 at 9:30 a.m.

IT IS SO STIPULATED.

Dated: May 29, 2019            McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ MICHAEL W. REDDING
                                   MICHAEL W. REDDING
                                   Assistant United States Attorney

Dated: May 29, 2019            /s/ Shari Rusk
                                   Shari Rusk
                                   Counsel for Defendant
                                   Tracy Hartway

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 29th day of May, 2019

                                   Troy L. Nunley
                                   United States District Judge