1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL W. REDDING
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00029-TLN |
| Plaintiff, | STIPULATION REGARDING DISMISSAL OF TSR VIOLATION |
| v. | DATE: July 11, 2019 |
| TRACY HARTWAY, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order this matter was set for status on July 11, 2019.

2. Since March 2019, under the supervision of Probation Officer Matthew Faubert, the offender has entered into and is successfully participating in a halfway house in San Francisco, CA. She currently resides in the halfway house and her period of residence was recently extended. She is successfully working two jobs and is saving money in order that she may move out on her own. Probation Officer Faubert advises that she is successfully abstaining from ingesting controlled substances and alcohol. She is in mental health counseling and is taking her prescribed medication.

3. Accordingly, Probation Officer Faubert wishes to dismiss the Petition for Violation of Supervised Release. The United States and defense counsel concur in this request.

4. By this stipulation, the United States now wishes to dismiss the Petition for Violation of Supervised Release.

5. The parties agree and stipulate, and request that the Court find the following:

    a) The Petition for Violation of Supervised Release is dismissed.

    b) The July 11, 2019 status conference is vacated.

    c) This stipulation does not otherwise affect the offender's status on Supervised Release.

IT IS SO STIPULATED.

Dated: July 10, 2019          McGREGOR W. SCOTT
                                 United States Attorney

                                 /s/ MICHAEL W. REDDING
                                 MICHAEL W. REDDING
                                 Assistant United States Attorney

Dated: July 10, 2019          /s/ Shari Rusk
                                 Shari Rusk
                                 Counsel for Defendant
                                 Tracy Hartway

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of July, 2019.

                                 Troy L. Nunley
                                 United States District Judge